IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 1:12-CV-23324-KMM

| | |
|---|---|
| THOMAS E. SHEA, Individually, and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>BBVA COMPASS BANCSHARES, INC.,<br><br>Defendant. | CLASS ACTION<br>JURY TRIAL DEMANDED |

## JOINT STIPULATION OF DISMISSAL

**COMES NOW** plaintiff Thomas E. Shea ("Plaintiff") and defendant BBVA Compass Bancshares, Inc. ("Defendant"), pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and hereby stipulate to the dismissal, without prejudice, of each claim and count therein asserted by Plaintiff in the above-styled action, with Plaintiff and Defendant to bear their own fees, costs and expenses.

Respectfully submitted this the 2nd day of December, 2013:

*s/ Kenneth G. Gilman*
Kenneth G. Gilman (FBN: 0340758)
kgilman@gilmanpastor.com
GILMAN LAW LLP
Beachway Professional Center Tower
3301 Bonita Beach Road, Suite 307
Bonita Springs, FL 34134
Telephone (239) 221-8301
Facsimile (239) 676-8224

*Attorneys for Plaintiff Thomas E. Shea and the Proposed Class*

20148158 v1

*s/ David A. Elliott*
John R. Chiles (FL Bar # 0012539)
David A. Elliott (FL Bar # 0094237)
Zachary D. Miller (FL Bar # 0095669)
Attorneys for Defendant
BBVA COMPASS BANCSHARES, INC.

**OF COUNSEL:**
BURR & FORMAN LLP
Las Olas Centre II
350 East Las Olas Boulevard
Suite 850
Ft. Lauderdale, FL 33301
Telephone: (954) 414-6200
jchiles@burr.com

BURR & FORMAN LLP
420 North 20th Street, Suite 3400
Birmingham, AL 35203
Telephone:   (205) 251-3000
delliott@burr.com
zmiller@burr.com